IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY SUE LINN**                                                      **PLAINTIFF**

v.                        No. 4:11-cv-514-DPM

**CABOT PUBLIC SCHOOL DISTRICT and**
**JIM DALTON**                                                **DEFENDANTS**

### ORDER

Defendants' unopposed request for more time to respond on summary judgment is granted. Response due 12 March 2013. Defendants' request to reopen discovery and depose Linn, however, is denied. Discovery ended almost two months ago. Linn's motion for summary judgment has laid out her case. Allowing a belated deposition would be unfair, and Defendants have provided no adequate justification for it.

The Court must try a criminal case starting 1 April 2013. The parties should complete their briefing on the pending motions in limine and for partial summary judgment. The Court will rule on them. The Scheduling Order is otherwise suspended. An Amended Final Scheduling Order will issue.

Motion, *Document No. 26,* granted in part and denied in part. Linn's deposition is cancelled. Motion to quash, *Document No. 31,* denied as moot. So Ordered.

                                                    */s/ D.P. Marshall Jr.*
                                                    D.P. Marshall Jr.
                                                    United States District Judge

                                                   27 February 2013